FILED ✓ LODGED
RECEIVED COPY
APR 0 1 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

✓ FILED LODGED
RECEIVED COPY
APR 0 2 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Douglas Ritter, and Equipped to Survive Foundation, Inc.
Plaintiff(s)/Petitioner(s),

vs.

Christopher M. McKieran, Kristen K. McKiernan, d/b/a Equipped to Survive, and Mayday Industries, Inc.
Defendant(s)/Respondent(s)

CASE NO. CV-02-476-PHX-EHC

ORDER FOR ADMISSION OF ATTORNEY PRO HAC VICE

Based upon the motion of R. Scott Weide for admission to practice pro hac vice in this action on behalf of Douglas Ritter/Equipped to Survive, and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

/✓/ the motion of attorney for admission to practice pro hac vice is granted.

/_/ the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this 1st day of April, 2002.

Earl H Carroll

UNITED STATES DISTRICT/ MAGISTRATE JUDGE

(Rev. 1/01)

3